# EXHIBIT A

# We wanted to be the first to say it.

Dear James B. Zouras,

Like a really great suit or well-polished shoes, appearance matters. So why not dress up your work environment by bringing your professional accomplishments to life?

Highlight your accomplishments with this substantial 11" x 16" plaque from The American Registry - perfect for display in your office or lobby - so that when clients come through the door, they are in the presence of someone recognized as being at the top of the field.



Claim your personalized plaque now:
www.TheAmericanRegistry.com

**Preview Code: KZKG56Y**

---

Simply indicate your email address and fax this page to **561-952-4100** or call **866-964-0866**.

☑  **YES! Please send _____ Plaque(s).**
Invoice me $159 + 12.90 shipping. (Quantity discounts will be applied)

Email Address (required):_____
*(Your order confirmation will be emailed to this address)*

Fax this form to 561-952-4100 or scan and email to customerservice@americanregistry.com

**Daniel Barg** | Recognition Concierge | 1-866-964-0866 ext 8440 | dbarg@theamericanregistry.com

The American Registry is a recognition company. We are not affiliated with Chicago Magazine or its publisher, Tribune Company.

The American Registry designs and manufactures custom recognition products including premium plaques proudly handcrafted in the USA. Founded in 2000, the Company has over 300,000 satisfied customers in our PlaqueWorthy family of businesses. You can learn more about us at TheAmericanRegistry.com, where you can go to your personalized web page that shows this and other recognitions we may have on file for you. Just go to TheAmericanRegistry.com and enter your Preview Code: KZKG56Y

[ ] To remove the following fax number (312) 233-1560 from all American Registry promotions, please check the box and fax this back to 561-952-4100 OR call toll free at 855-650-6931 and provide your fax number to be removed. You may also email your request to unsubscribe@americanregistry.com along with your fax number.

Please note: It is unlawful for us not to comply with your fax number removal request within 30 days - we will process your request within 10 business days. Your fax removal request will no longer be valid if in the future you provide express invitation or permission to The American Registry to send advertisements to this fax number.

Copyright 2014 American Registry, LLC. 2915 S Congress Avenue, Delray Beach, FL 33445 Call Mon-Fri EST: 866-964-0866