## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| STEPHAN ZOURAS LLP, an Illinois limited liability partnership, individually and on behalf of all others similarly situated, ) ) ) ) | |
| Plaintiff, ) | Case No. 14-cv-943 |
| ) | Magistrate Judge Young B. Kim |
| v. ) ) | |
| AMERICAN REGISTRY LLC, a Delaware limited liability company, ) ) ) | |
| Defendant. ) | |

## NOTICE OF MOTION

TO:      (See attached service list.)

PLEASE TAKE NOTICE that on March 12, 2015 at 11:00 a.m.,[1] the undersigned shall appear before the Honorable Judge Young B. Kim., or any judge sitting in his stead in Courtroom 1019 of the U.S. District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn St., Chicago, Illinois and shall present the accompanying **Plaintiff's Motion for Leave to Depose Objector Scott A. Kron**.

Dated: February 17, 2015

Respectfully submitted,

STEPHAN ZOURAS LLP, individually and on behalf of all others similarly situated

By:  *s/ Joseph J. Siprut*
                One of the Attorneys for Plaintiff
                And the Proposed Class

Joseph J. Siprut
*jsiprut@siprut.com*
Gregg M. Barbakoff
*gbarbakoff@siprut.com*
Ismael T. Salam
*isalam@siprut.com*
**SIPRUT PC**
17 North State Street
Suite 1600
Chicago, Illinois 60602
312.236.0000
Fax: 312.241.1260

---

[1] Plaintiff is noticing its Motion for presentment after the 14-day requirement under Local Rule 5.3 in accordance with the Court's availability, as indicated on the Court's website.

## <u>CERTIFICATE OF SERVICE</u>

The undersigned, an attorney, hereby certifies that a true and correct copy of the foregoing **Notice of Motion** was filed this 17th day of February, 2015, via the electronic filing system of the Northern District of Illinois, which will automatically serve all counsel of record and was mailed via first class U.S. mail to the following individual on the 18th day of February 2015:

> Scott A. Kron, Esq.
> 23421 S. Pointe Drive
> Suite 280
> Laguna Hills, California 92653-1556
> 949-367-0520
> Fax: 949-613-8472

                                                  _____ */s/ Joseph J. Siprut* _____

4851-7697-2322, v. 1