## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Stephan Zouras LLP

                            Plaintiff,

v.                                        Case No.: 1:14–cv–00943
                                                           Honorable Young B. Kim

American Registry LLC

                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 26, 2015:

       MINUTE entry before the Honorable Young B. Kim: Motion hearing held. Plaintiff's motion for leave to depose Objector Scott A. Kron [52] is granted, but Plaintiff is limited to three hours of deposition. Parties have until April 6, 2015, to respond to Kron's objections. A copy of this order is faxed to Kron at (949) 613–8472. Mailed notice (ma,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.