# EXHIBIT 3

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| STEPHAN ZOURAS LLP, an Illinois limited liability partnership, individually and on behalf of all others similarly situated,　　　　) ) ) | |
| 　　　　　　　　　　　　　　　　　　　　　) | Case No. 14-cv-943 |
| 　　　　　Plaintiff,　　　　　　　　　　　) | |
| 　　　　　　　　　　　　　　　　　　　　　) | Magistrate Judge Young B. Kim |
| 　　　v.　　　　　　　　　　　　　　　　　) | |
| 　　　　　　　　　　　　　　　　　　　　　) | |
| AMERICAN REGISTRY LLC, a Delaware limited liability company,　　　　　　　) ) | |
| 　　　　　　　　　　　　　　　　　　　　　) | |
| 　　　　　Defendant.　　　　　　　　　　　) | |

## <u>DECLARATION OF JAY GERACI</u>

I, **JAY GERACI,** declare:

     1.     I am a consultant at Kurtzman Carson Consultants LLC ("KCC"), located at 75 Rowland Way, Suite 250, Novato, California. I am over 21 years of age and am not a party to this action. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

     2.     KCC was retained by the parties to serve as the Claims Administrator to, among other tasks, receive and process Claim Forms, respond to Class Member inquiries and perform other duties as specified in the Stipulation of Settlement (the "Stipulation") preliminarily approved by this Court on November 14, 2014.

     3.     <u>CAFA Notification</u>. In compliance with the Class Action Fairness Act ("CAFA"), 28 U.S.C. Section 1715, KCC compiled a CD-ROM containing the following documents: Class Action Complaint, Defendant's Answer and Affirmative Defenses to Plaintiff's Class Action Complaint, Preliminary Approval Order, Plaintiff's Motion for Preliminary Approval of Class Action Settlement, Notice of Class Action, Proposed Settlement, and Final Fairness Hearing,

American Registry TCPA Settlement Litigation Claim Form, Settlement Agreement, and a cover letter (collectively, the "CAFA Notice Packet"). A copy of the cover letter is attached hereto as Exhibit A.

4.      On November 20, 2014, KCC caused fifty-five (55) CAFA Notice Packets to be mailed via Priority Mail from the U.S. Post Office in Novato, California to the parties listed on Exhibit B, *i.e.*, the U.S. Attorney General, the Attorneys General of each of the 50 States and the District of Columbia, as well as parties of interest to this Action.

5.      As of the date of this Affidavit, KCC has received no response to the CAFA Notice Packet from any of the recipients identified in paragraph above.

6.      As of the date of this declaration, KCC has received 6 Requests for Exclusion. Copies of the exclusion requests are attached hereto as Exhibit C. One Exclusion request was postmarked past the Exclusion Deadline of January 19, 2015. A copy of the late Exclusion is attached hereto as Exhibit D.

7.      As of the date of this declaration, KCC has received one Objection to the Settlement.  A Copy of the objection is attached hereto as Exhibit E.

8.      As of the date of this declaration, 2,626 Claims have been filed by Class Members. After a review of all Claim Forms by American Registry LLC and KCC it was determined that 1,395 Claims were not valid based on the Fax Number submitted and the removal of duplicate claims. The total number of Approved Claim Forms is 1,231. Of these 1,231 Approved Claim Forms, 54 Class Members selected to receive a Video Subscription in addition to the monetary relief.

I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct to the best of my knowledge and that this declaration was executed this 1st day of April 2015, at Novato, California.

JAY GERACI

Exhibit A



Seyfarth Shaw LLP

131 South Dearborn Street

Suite 2400

Chicago, Illinois 60603

(312) 460-5000

fax (312) 460-7000

www.seyfarth.com

Writer's direct phone
(312) 460-5568

Writer's e-mail
jstiehl@seyfarth.com

November 20, 2014

VIA PRIORITY MAIL

«First» «Last»
«Company»
«Address_1»
«Address_2»
«City», «State»  «Zip»

    Re:    Notice of Proposed Class Action Settlement Pursuant to 28 U.S.C. § 1715

Dear «First» «Last»:

    SEYFARTH SHAW LLP represents American Registry LLC ("Defendant") in a putative class action lawsuit entitled *Stephan Zouras LLP v. American Registry LLC*, Case No. 1:14-cv-00943.  The lawsuit is pending before the Honorable Robert M. Dow, Jr. in the United States District Court for the Northern District of Illinois, Eastern Division.  This letter is to advise you that Plaintiff filed a Motion for Preliminary Approval of Class Action Settlement in connection with this class action lawsuit on November 11, 2014.

| | |
|---|---|
| **Case Name:** | *Stephan Zouras LLP v. American Registry LLC* |
| **Case Number:** | 1:14-cv-00943 |
| **Jurisdiction:** | United States District Court, Northern District of Illinois, Eastern Division |
| **Date Settlement Filed with Court:** | November 11, 2014 |

    Defendant denies any wrongdoing or liability whatsoever, but has decided to settle this action solely in order to eliminate the burden, expense, and uncertainties of further litigation.  In compliance with 28 U.S.C. § 1715(b), the following documents referenced below are included on the CD that is enclosed with this letter:

WASHINGTON, D.C.    SYDNEY    SHANGHAI    SAN FRANCISCO    SACRAMENTO    NEW YORK    MELBOURNE    LOS ANGELES    LONDON    HOUSTON    CHICAGO    BOSTON    ATLANTA



1.   **28 U.S.C. § 1715(b)(1) – Complaint and Related Materials:**  Copies of the *Class Action Complaint* and *Defendant's Answer and Affirmative Defenses to Plaintiff's Class Action Complaint* are included on the enclosed CD Rom.

2.   **28 U.S.C. § 1715(b)(2) – Notice of Any Scheduled Judicial Hearing:**  On November 14, 2014, the Court issued its Preliminary Approval Order, has scheduled a Final Approval Hearing in this matter to take place on April 13, 2015, at 9:00 a.m. in the United States Courthouse, United States District Court for the Northern District of Illinois, Eastern Division, Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, 60604, Courtroom 1019 before the Honorable Robert M. Dow, Jr..  Copies of the *Preliminary Approval Order* and *Plaintiff's Motion for Preliminary Approval of Class Action Settlement* are included on the enclosed CD Rom.

3.   **28 U.S.C. § 1715(b)(3) – Notification to Class Members:**  Copies of the *Notice of Class Action, Proposed Settlement, and Final Fairness Hearing* and *American Registry TCPA Settlement Litigation Claim Form* to be provided to the class is included on the enclosed CD Rom.

4.   **28 U.S.C. § 1715(b)(4) – Class Action Settlement Agreement:**  A copy of the *Settlement Agreement* is included on the enclosed CD Rom.

5.   **28 U.S.C. § 1715(b)(5) – Any Settlement or Other Agreement:**  As of November 20, 2014, no other settlement or agreement has been entered into by the parties to this Action.

6.   **28 U.S.C. § 1715(b)(6) – Final Judgmen**t:  No Final Judgment has been reached as of November 20, 2014, nor have any Notices of Dismissal been granted at this time.

7.   **28 U.S.C. § 1715(b)(7)(A)-(B) – Names of Class Members/Estimate of Class Members:**  An estimate of the number of class members residing in each state and the estimated proportionate share of the claims of such members to the entire settlement is attached hereto as Attachment A.  *See* 28 U.S.C. § 1715(b)(7)(B).  It is estimated that there are approximately 356,995 individuals in the two settlement classes.

8.   **28 U.S.C. § 1715(b)(8) – Judicial Opinions Related to the Settlement:**  As the proposed Settlement is still pending final approval by the Court, there are no other opinions available at this time.  As of November 20, 2014, there has been no written judicial opinion related to the settlement.



«First» «Last»
November 20, 2014
Page 3

       If for any reason you believe the enclosed information does not fully comply with 28 U.S.C. § 1715, please contact SEYFARTH SHAW LLP immediately so that American Registry LLC can address any concerns or questions you may have.

       Thank you.

                         Very truly yours,

                         Seyfarth Shaw LLP

                         Jason P. Stiehl

Enclosure – CD Rom

# Exhibit B

| Last | First | Company | Address 1 | Address 2 | City | State | Zip |
|------|-------|---------|-----------|-----------|------|-------|-----|
| Geraghty | Michael | Office of the Alaska Attorney General | P.O. Box 110300 | | Juneau | AK | 99811-0300 |
| Strange | Luther | Office of the Alabama Attorney General | 501 Washington Avenue | PO Box 300152 | Montgomery | AL | 36130-0152 |
| McDaniel | Dustin | Arkansas Attorney General Office | 323 Center Street, Suite 200 | | Little Rock | AR | 72201-2610 |
| Horne | Tom | Office of the Arizona Attorney General | 1275 W. Washington Street | | Phoenix | AZ | 85007 |
| | CAFA Coordinator | Office of the Attorney General | Consumer Law Section | 455 Golden Gate Ave., Suite 11000 | San Francisco | CA | 94102 |
| Suthers | John | Office of the Colorado Attorney General | Ralph L. Carr Colorado Judicial Center | 1300 Broadway, 10th Floor | Denver | CO | 80203 |
| Jepsen | George | State of Connecticut Attorney General's Office | 55 Elm Street | | Hartford | CT | 6106 |
| Nathan | Irvin | District of Columbia Attorney General | 441 4th Street, NW, Suite 1100S | | Washington | DC | 20001 |
| Holder, Jr. | Eric H. | Attorney General of the United States | United States Department of Justice | 950 Pennsylvania Avenue, NW | Washington | DC | 20530-0001 |
| Biden III | Joseph R. | Delaware Attorney General | Carvel State Office Building | 820 N. French Street | Wilmington | DE | 19801 |
| Bondi | Pam | Office of the Attorney General of Florida | The Capitol, PL-01 | | Tallahassee | FL | 32399-1050 |
| Olens | Sam | Office of the Georgia Attorney General | 40 Capitol Square, SW | | Atlanta | GA | 30334-1300 |
| Louie | David | Office of the Hawaii Attorney General | 425 Queen Street | | Honolulu | HI | 96813 |
| Miller | Tom | Iowa Attorney General | Hoover State Office Building | 1305 E. Walnut Street | Des Moines | IA | 50319 |
| Wasden | Lawrence | State of Idaho Attorney General's Office | Statehouse | 700 W Jefferson St | Boise | ID | 83720-0010 |
| Madigan | Lisa | Illinois Attorney General | James R. Thompson Center | 100 W. Randolph Street | Chicago | IL | 60601 |
| Zoeller | Greg | Indiana Attorney General's Office | Indiana Government Center South | 302 West Washington Street, 5th Floor | Indianapolis | IN | 46204 |
| Schmidt | Derek | Kansas Attorney General | 120 S.W. 10th Ave., 2nd Floor | | Topeka | KS | 66612-1597 |
| Conway | Jack | Office of the Kentucky Attorney General | 700 Capitol Ave | Capitol Building, Suite 118 | Frankfort | KY | 40601 |
| Caldwell | James D. | Office of the Louisiana Attorney General | P.O. Box 94095 | | Baton Rouge | LA | 70804-4095 |
| Coakley | Martha | Office of the Attorney General of Massachusetts | 1 Ashburton Place | | Boston | MA | 02108-1518 |
| Gansler | Douglas F. | Office of the Maryland Attorney General | 200 St. Paul Place | | Baltimore | MD | 21202-2202 |
| Mills | Janet | Office of the Maine Attorney General | State House Station 6 | | Augusta | ME | 04333 |
| Schuette | Bill | Office of the Michigan Attorney General | P.O. Box 30212 | 525 W. Ottawa Street | Lansing | MI | 48909-0212 |
| Lori Swanson | Attorney General | Attention: CAFA Coordinator | 1400 Bremer Tower | 445 Minnesota Street | St. Paul | MN | 55101-2131 |
| Koster | Chris | Missouri Attorney General's Office | Supreme Court Building | 207 W. High Street | Jefferson City | MO | 65101 |
| Hood | Jim | Mississippi Attorney General's Office | Department of Justice | P.O. Box 220 | Jackson | MS | 39205 |
| Fox | Tim | Office of the Montana Attorney General | Justice Bldg. | 215 N. Sanders Street | Helena | MT | 59620-1401 |
| Cooper | Roy | Office of the North Carolina Attorney General | Department of Justice | P.O. Box 629 | Raleigh | NC | 27602-0629 |
| Stenehjem | Wayne | North Dakota Office of the Attorney General | State Capitol | 600 E. Boulevard Avenue | Bismarck | ND | 58505-0040 |
| Bruning | Jon | Office of the Nebraska Attorney General | State Capitol | P.O. Box 98920 | Lincoln | NE | 68509-8920 |
| Delaney | Michael | New Hampshire Attorney General | State House Annex | 33 Capitol Street | Concord | NH | 03301-6397 |
| Chiesa | Jeffrey S. | Office of the New Jersey Attorney General | Richard J. Hughes Justice Complex | 25 Market Street,  P.O. Box 080 | Trenton | NJ | 08625 |
| King | Gary | Office of the New Mexico Attorney General | P.O. Drawer 1508 | | Santa Fe | NM | 87504-1508 |
| Masto | Catherine Cortez | Nevada Attorney General | Old Supreme Ct. Bldg. | 100 North Carson Street | Carson City | NV | 89701 |
| Schneiderman | Eric | Office of the New York Attorney General | Department of Law | The Capitol, 2nd Floor | Albany | NY | 12224 |
| Dewine | Mike | Ohio Attorney General | State Office Tower | 30 E. Broad Street | Columbus | OH | 43266-0410 |
| Pruitt | Scott | Oklahoma Office of the Attorney General | 313 NE 21st Street | | Oklahoma City | OK | 73105 |
| Rosenblum | Ellen F. | Office of the Oregon Attorney General | Justice Building | 1162 Court Street, NE | Salem | OR | 97301 |
| Kane | Kathleen | Pennsylvania Office of the Attorney General | 1600 Strawberry Square | | Harrisburg | PA | 17120 |
| Kilmartin | Peter | Rhode Island Office of the Attorney General | 150 South Main Street | | Providence | RI | 02903 |
| Wilson | Alan | South Carolina Attorney General | Rembert C. Dennis Office Bldg. | P.O. Box 11549 | Columbia | SC | 29211-1549 |
| Jackley | Marty J. | Office of the South Dakota Attorney General | 1302 East Highway 14, Suite 1 | | Pierre | SD | 57501-8501 |
| Cooper, Jr. | Robert E. | Tennessee Attorney General and Reporter | 425 5th Avenue North | | Nashville | TN | 37243 |
| Abbott | Greg | Attorney General of Texas | Capitol Station | P.O. Box 12548 | Austin | TX | 78711-2548 |
| Swallow | John | Utah Office of the Attorney General | State Capitol, Room 236 | 305 N State St | Salt Lake City | UT | 84114-0810 |
| Cuccinelli | Ken | Office of the Virginia Attorney General | 900 East Main Street | | Richmond | VA | 23219 |
| Sorrell | William H. | Office of the Attorney General of Vermont | 109 State Street | | Montpelier | VT | 05609-1001 |
| Ferguson | Bob | Washington State Office of the Attorney General | 1125 Washington St SE | P.O. Box 40100 | Olympia | WA | 98504-0100 |
| Van Hollen | J.B. | Office of the Wisconsin Attorney General | Dept of Justice, State Capitol, RM 114 | East P.O. Box 7857 | Madison | WI | 53707-7857 |
| Morrisey | Patrick | West Virginia Attorney General | 1900 Kanawha Blvd E | | Charleston | WV | 25305 |
| Phillips | Gregory | Office of the Wyoming Attorney General | State Capitol Bldg. | 200 W 24th St | Cheyenne | WY | 82002 |
| Stiehl | Jason P. | Seyfarth Shaw LLP | 131 S. Dearborn Street, Suite 2400 | | Chicago | IL | 60603 |
| Siprut | Joseph J. | Siprut PC | 17 North State Street Suite 1600 | | Chicago | IL | 60602 |
| Salam | Ismael | Siprut PC | 17 North State Street Suite 1600 | | Chicago | IL | 60602 |

# Exhibit C

**AMERICAN REGISTRY FACSIMILE LITIGATION**
**NOTICE OF CLASS ACTION SETTLEMENT**
*Zouras v. American Registry LLC*, Case No. 14-cv-943

**IF YOU RECEIVED AN ADVERTISEMENT ON A TELEPHONE FACSIMILE**
**MACHINE FROM OR ON BEHALF OF AMERICAN REGISTRY, AND YOU DID NOT**
**PROVIDE CONSENT TO RECEIVE THIS ADVERTISEMENT, YOU MAY BE A CLASS**
**MEMBER AND THIS SETTLEMENT MAY AFFECT YOUR RIGHTS.**

This Notice relates only to the any individual receiving an advertisement via facsimile who did not first authorize American Registry to transmit this information. Plaintiff sued American Registry under a law called the Telephone Consumer Protection Act ("TCPA") alleging that, for a period of time, American Registry transmitted facsimile advertisements without first receiving consent to send the advertisement. American Registry denies the claims but, to avoid the continued expense of litigation, has agreed to a settlement of the case. American Registry has agreed to provide compensation of up to $20 per unique facsimile number receiving such an advertisement, plus also make available a six month video subscription advertising that individual's industry achievement. American Registry will also pay the costs of notifying Class Members of the settlement, administering the settlement payments, the reasonable attorneys' fees for the lawyers who filed the lawsuit and the named plaintiff for its services as the class representatives.

On April 13, 2015 at 9:00 a.m., Magistrate Judge Kim will hold a hearing to decide whether to finally approve this settlement. YOU DO NOT NEED TO ATTEND. If the settlement is approved, all Class Members will be bound by the resulting judgment and court orders, and eligible Class Members will be entitled to claim benefits under the settlement.

You have three choices:

1) If you want to receive $20, a six-month American Registry video subscription, or both, you must submit a completed Claim Form to the Claims Administrator, Zouras v. American Registry LLC Settlement Administrator, PO BOX 43327, Providence, RI 02940-3327. The Claim Form must be postmarked by February 3, 2015. If you elect to submit a Claim Form, you can download a copy at www.americanregistryfaxsettlement.siprut.com. Alternatively, you can call Class Counsel at (312) 236-0000 to request a Claim Form. Failure to submit a Claim Form will mean you receive no money but are still governed by a Release of your rights to sue American Registry for the TCPA claims raised in this Lawsuit.

2) If you do not want to participate in the Settlement you must write a letter, and include your name, address, telephone number, a statement that your received one or more facsimile advertisements from American Registry, a listing of the fax number(s) on which you claim you received the facsimile, a statement that you wish to be excluded from the class, the case name and number identified above, and your signature, and mail the letter to Zouras v. American Registry LLC Settlement Administrator, PO BOX 43327, Providence, RI 02940-3327. Your letter must be postmarked by January 19, 2015 to be valid.

3) If you think the Settlement is unfair, you may object to it by writing a memo stating the specific reasons for your objection, your name, address, telephone number, a statement that your received one or more facsimile advertisements from American Registry, a listing of the fax number(s) on which you claim you received the facsimile, the case name and number identified above, a statement as to whether you wish to appear, and your signature, and file it with the Clerk of the U.S. District Court at 219 S. Dearborn St., Chicago, Illinois 60604 on or before January 19, 2015, as well as send a copy to Class Counsel at Siprut PC, 17 North State St., Ste. 1600, Chicago, IL 60602 and to Jason P. Stiehl, Seyfarth Shaw LLP, 131 S. Dearborn St., Ste. 2400, Chicago, IL 60603.

For more information, visit www.americanregistryfaxsettlement.siprut.com or contact Class Counsel Joseph J. Siprut of Siprut, P.C. at (312) 236-0000.

**DO NOT CONTACT THE COURT FOR INFORMATION,**
**AS IT WILL NOT BE ABLE TO ASSIST YOU**

MARGARET S. LALLY, M.D.
FIRST FLOOR - REAR
1382 OLD FREEPORT ROAD
PITTSBURGH, PA 15238

*WE DO NOT WANT TO PARTICIPATE in the Settlement.*

*Margaret S Lally M.D.*
*12-9-14*

MARGARET S. LALLY, M.D
FIRST FLOOR - REAR
1382 OLD FREEPORT ROAD
PITTSBURGH PA 15238

PITTSBURGH PA 150

09 DEC 2014 PM 1 L

Zomas Y. American Registry LLC
Settlement Administrator
P.O. Box 43327
Providence, RI
                            02940-3327

02940332727





**Center for**
**Healing & Happiness**

December 12, 2014

Zouras V. American Registry
LLC Settlement Administrator
P.O. BOX 43327
Providence, RI 02940-3327

To Whom It May Concern:

Please exclude us from the class action Zouras V American Registery, LLC
Case No: 14-CR-943.

Thank You,

Jeanette Niemisto, MD , President
8512 N. Canton Center Rd.
Canton, MI  48187

 



Center for
Healing & Happiness
8512 N. Canton Center Rd.
Canton, MI 48187
(734) 459-1760

02940332727

ZOURAS V. American Registry
LLC Settlement Administrator
P.O. Box 43327
PROVIDENCE, RI, 02940-3327




**Anne Arundel Rheumatology**
Ashu Mehta M.D.

Notice of Exclusion

January 15, 2015

Zouras v. American Registry LLC

Settlement Administrator

P.O. Box 43327

Providence, RI 02940-3327

To Whom It May Concern:

I have received your letter of notification regarding American Litigation Notice of
Class Action Settlement Zouras v. American Registry LLC, Case No. 14-cv-943. I
wish to exclude myself from this case, Dr. Ashu P. Mehta, Anne Arundel
Rheumatology, 1655 Crofton Blvd Crofton, Md 21114, fax number 443-292-4892,
State of Maryland.

If you should need any further information please do not hesitate to contact me
at 443-292-4872.

Sincerely,

Dr. Ashu P. Mehta

CAPITAL DISTRICT 200/208

15 JAN 2015 PM 1 L

USA
FOREVER

Anne Arundel Rheumatology
Anu Mehta, M.D.
1c 5 Crofton Blvd., Suite 101
C...ton, MD 21114

N895171 5. 77801

Zouras v. American Registry LLC
Settlement Administrator
P.O. Box 43321
Providence, RI 02940-3321

02940332727

January 16, 2015

Zouras v. American Registry
LLC Settlement Administrator
P. O. Box 43327
Providence, RI 02940-3327

To Whom It May Concern:

I am writing this letter in reference to a fax I received on 1-14-15. I do
not want to be involved in any settlement with American Registry as they have
been absolutely a nuisance. I do not have time to participate in this settle-
ment.

I have faxed them at least three times in 2012 to cease, but their faxes con-
tinued. I finally called on 12-20-12 and talked to someone named Courtney,
requesting to be removed from their automated fax list. Truthfully, the faxes
discontinued after that.

This Registry is of no interest to our business whatsoever, as we work exclu-
sively with oil and gas companies as well as related service companies. We do
not work with the general public, and have an excellent relationship with our
customers which has extended over 30 years.

Sincerely.

Donna Gunter/President
G&G Machine Shop, Inc.
P. O. Box 8568
Nikiski, AK. 99611



ANCHORAGE AK 995

16 JAN 2015 PM 1 T

G&G Machine Shop, Inc.
P. O. Box 8568
Nikiski, AK. 99635

Zouras v. American Registry
LLC Settlement Administrator
P. O. Box 43327
Providence, RI 02940-3327

02940$3327

# City of St. Joseph

### 1100 Frederick Avenue, St. Joseph, Missouri 64501

December 8, 2014

*Zouras v. American Registry LLC Settlement Administrator*
PO BOX 43327
Providence, RI 02940-3327

RE:  Exclusion from Class Action Settlement—*Stephan Zouras LLP v. American Registry LLC*, Case No. 14-cv-943.

The City of St. Joseph, Missouri (hereinafter, the "City of St. Joseph") requests exclusion from the above-referenced class action settlement. The following information is being provided in accordance with the requirements for exclusion as described in the "Notice of Class Action, Proposed Settlement and Final Fairness Hearing" received by the City of St. Joseph

(1) *Name*: City of St. Joseph, Missouri.

(2) *Current mailing address and telephone number*: City of St. Joseph, 1100 Frederick Avenue, St. Joseph, Missouri 64501; (816) 271-4680

(3) *A statement that you received one or more facsimile advertisements from American Registry*: Based upon information available, the City of St. Joseph believes that the City of St. Joseph has received one or more facsimile advertisements from American Registry.

(4) *A listing of the fax number or numbers at which you claim to have received the facsimile advertisements*: Following are fax numbers at which the City has, or may have, received facsimile advertisements:

| | | | |
|---|---|---|---|
| 816-271-4737 | 816-271-4676 | 816-271-4867 | 816-271-4735 |
| 816-271-4761 | 816-271-4826 | 816-271-5398 | 816-271-5523 |
| 816-271-4683 | 816-271-5365 | 816-271-5390 | 816-232-9213 |
| 816-271-4734 | 816-271-4887 | 816-271-5376 | 816-271-4612 |
| 816-271-5370 | 816-271-4740 | 816-236-1457 | 816-271-4764 |
| 816-271-4766 | 816-238-8701 | 816-271-5347 | 816-271-4682 |
| 816-271-4644 | 816-271-4871 | 816-271-4781 | 816-271-5362 |
| 816-271-4697 | 816-271-4803 | 816-271-4793 | 816-271-5513 |
| 816-271-4752 | 816-271-4829 | | |

(5) *A statement that you wish to be excluded from the Settlement Class*: The City of St. Joseph wishes to be excluded from the Settlement Class in the above-referenced case.

(6) *Your signature*: J. Bruce Woody has signed this request below on behalf of the City of St. Joseph as its City Manager

(7) The case name and number: *Stephan Zouras LLP v. American Registry LLC*, Case No. 14-cv-943

Sincerely,

J. Bruce Woody
City Manager

839

City of St. Joseph

1100 Frederick Avenue, St. Joseph, Missouri 64501

Address
service
requested

EXCLUSION REQUEST

KANSAS CITY 640

09 DEC 2014 PM 7

Zouras v. American Registry LLC Settlement Administrator
PO BOX 43327
Providence, RI 02940-3327

0294033272?

ZIP 64501
011D11631863





**SUNSET**
SCIENCE PARK
**FEDERAL CREDIT UNION**

December 10, 2014

Zouras V. American Registry LLC Settlement Administrator

P.O. Box 43327

Providence, RI 02940

RE:  Stephan Zouras LLP v. American Registry LLC, Case No 14-CV-943.

I received an e-mail regarding a Class Action Lawsuit.  I wish to be excluded from the Settlement Class references above.  I do not recall whether or not I received any faxes from the American Registry at 503-646-9902.

Sincerely,

Rhonda Baggarley

President

1100 N.W. MURRAY BLVD., SUITE 200 • PORTLAND, OREGON 97229-5504 • 503-643-1335 • FAX 503-646-9902
WEB ADDRESS: WWW.SSPFCU.COM • E-MAIL: CUTEAM@SSPFCU.COM

## SUNSET
SCIENCE PARK
**FEDERAL CREDIT UNION**

1100 N.W. MURRAY BLVD., SUITE 200
PORTLAND, OREGON 97229-5504

"Exclusion Request"

RECEIVED
DEC 15 2014

PORTLAND OR 970
10 DEC 2014 PM 2

Happy
Holidays

Zouras v. American Registry LLC
Settlement Admin
P. O. Box 43327
Providence RI 02940-3327

# Exhibit D



# HAYBER LAW FIRM
## EMPLOYEE RIGHTS ADVOCATES

221 Main Street, Suite 502                                          Richard E. Hayber, Esquire
Hartford, CT 06106                              Email: rhayber@hayberlawfirm.com
Telephone: (860) 522-8888                               Direct Tel: (860) 522-8888
Facsimile: (860) 218-9555                                   www.hayberlawfirm.com

January 20, 2015

Zouras v. American Registry LLC
Settlement Administrator
P.O. Box 43327
Providence, RI 02940-3327

       **Re:**    **Opt Out**

Greetings,

    I wish to exclude myself from this settlement. I received at least five facsimile advertisements from American Registry. Copies are enclosed. They came on January 15, 2014, February 10, 18, 24 and 27, 2014. They came to 8602189555, my office fax number. I do not believe that $20 per fax is a fair settlement. American Registry should pay $500 per fax.

                        Very truly yours,

                        Richard E. Hayber

Enclosures

The Hayber Law Firm
221 Main Street, Suite 502
Hartford, CT 06106

JAN 29 15 9:29PM

HARTFORD
CT 061
21 JAN '15
PM 6 L

$0.480
US POSTAGE
FIRST-CLASS
FROM 06106
JAN 20 2015
stamps
com

0625000212/915

Zouras v. American Registry
Settlement Administrator
PO Box 43327
Providence RI 02940-3327



# Exhibit E

January 16, 2015

**VIA U.S. MAIL**

Clerk of the U.S. District Court
Northern District of Illinois
Everett McKinley Dirksen Building
219 South Dearborn Street
Chicago, Illinois 60604
Attention: Stephen Zouras LLP v.
American Registry, LLC, Case No. 14-943

Joseph J. Siprut
Siprut PC
17 North State Street, Suite 1600
Chicago, Illinois 60602


Jason Stiehl
Seyfarth Shaw LLP
131 S. Dearborn Street, Suite 2400
Chicago, Illinois 60603


**Re:**   **Objection to Class Settlement in Stephan Zouras LLP v. American Registry, LLC
(Case No. 14-cv-943)**


May it please the Court,

I am a member of the settlement class in the above-referenced case. I have several objections to
the class settlement proposed herein. My class member information is as follows:

|  |  |
|---|---|
| Name: | Scott A. Kron |
| Address: | 23421 S. Pointe Dr., Suite 280 |
|  | Laguna Hills, California 92653-1556 |
|  | Telephone:    (949) 367-0520 |
| Fax Number: | (949) 613-8472 |
| Objections: | See below. |
| Final Fairness Hearing: | I do not intend to appear. |
| Signature: | See below. |

I object to the proposed settlement for the following reasons:

1.      Neither the Notice of Class Action Settlement nor any of the other documents
published at http://www.americanregistryfaxsettlement.siprut.com/ state the
amount of potential damages. Moreover, there is no information provided to the
class members identifying the number of unsolicited faxes sent. Class members
cannot evaluate the reasonableness, fairness, or adequacy of the settlement if he,
she, or it do not know how much plaintiffs would recovery if they were successful
at trial.

2.      Due to the lack of information concerning the potential recovery at trial and the
number of unsolicited faxes sent, class members are unable to weigh or consider
the reasonableness of the sought after attorneys' fees relative to the amount of

Objection to Class Settlement
Stephan Zouras LLP v. American Registry, LLC
Case No. 14-cv-943

3.    Class counsel has requested $175,000 in fees and costs; however, no motion for fees and costs has been made available for the class to evaluate. The notice provides that "Settlement Class Counsel will make an application for an award of Attorney's Fees and Expenses not to exceed One Hundred Seventy-Five Thousand Dollars ($175,000)" The class cannot evaluate the fairness of the settlement or the reasonableness of the requested fees and costs without knowing what counsel did to prosecute the case or what amount class counsel seek. The court should require class counsel to provide sufficient information to the class to evaluate the reasonableness of requested legal fees and costs.

4.    The proposed settlement allows checks to expire and become null and void if not cashed within ninety (90) days after the date of issuance, reverting back to the Defendant. The proposed settlement also allows video subscriptions to become void and revert back to Defendant if not registered within ninety (90) days after the date of issuance. The proposed reversion of "unclaimed" funds and/or "unregistered" subscriptions back to Defendant is not fair to class members. The time period in which to cash the check or register the video subscription is insufficient and also unfair to class members. Any unclaimed funds should go back to class members who timely made a claim on a pro rata basis in order to provide the greatest relief.

5.    Notice of Class Action Settlement was untimely made, violates the Court's Preliminary Approval Order (Document #48, p. 3, ¶ 8), and was inconsistent with the requirement of due process, leaving me with inadequate time to review the proposed settlement agreement, the Motion for Preliminary Approval of Class Action Settlement, and the other documents published at http://www.americanregistryfaxsettlement.siprut.com/.

Notice was provided via facsimile transmission on January 14, 2015. [See Exhibit "A" attached hereto and incorporated herein by reference.]

If I didn't receive timely Notice of Class Action Settlement, how many of the other class members didn't receive timely notice or didn't receive notice at all.

Sincerely,

SCOTT A. KRON, ESQ.