# EXHIBIT 4

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| STEPHAN ZOURAS LLP, an Illinois limited liability partnership, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN REGISTRY LLC, a Delaware limited liability company,<br><br>Defendant. | Case No. 14-cv-943<br><br>Magistrate Judge Young B. Kim |

## DECLARATION OF AVI MOSKOWITZ

I, AVI MOSKOWITZ, declare:

1. I am an owner of American Registry, LLC ("American Registry"). I am over 21 years of age and am not a party to this action. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

2. I was responsible for overseeing the process of claim notification at American Registry.

3. On November 3, 2014, based upon the description of the class and requirements as set forth in the preliminary approval order, we reviewed our databases and identified 356,819 potential class members who would fit within the class as defined.

4. From that list, we identified all class members who we maintained a facsimile number for, and prepare a list for receipt of facsimile notice. On December 3, 2014, American Registry transmitted 76,287 facsimiles and transmitted 280,532 separate emails.

5. Upon further review of the database, we determined that additional individuals

19553554v.1

-2-

may have been omitted from our current database and may or may not have been included in the first wave of transmissions. Although a possibility of overlap existed in the two waves of notice, in the utmost caution, we transmitted a second wave of facsimiles and email transmission to potential class members.

6. The second wave consisted of transmitting 23,835 facsimiles on January 14 and sending 18,541 emails on January 19.

7. All told, we transmitted notice to 399,195 potential class members, assuming there is not any overlap between the first and second waves of notice.

I declare under penalty of perjury pursuant to the laws of the State of Florida that the foregoing is true and correct to the best of my knowledge and that this declaration was executed this 1st day of April, 2015 in Jerusalem, Israel.

_____
Avi Moskowitz

19553554v.1

-2-